NOTE: CHANGES MADE BY THE COURT

JS-6

**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Denise E. Carter, State Bar No. 249774
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Email: carter@luch.com

Counsel for Plaintiffs, Trustees of the
Operating Engineers Pension Trust, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLD COAST CRANE SERVICE I, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV08- 07578 GAF (RZx)<br><br>ASSIGNED TO THE HONORABLE GARY A. FEESS<br><br>**JUDGMENT**<br><br>[Fed.R.Civ.Pro. 55(b)(2)]<br><br>DATE: April 20, 2009<br>TIME: 9:30 a.m.<br>COURTROOM: 740 |

Plaintiffs' motion for default judgment came on regularly for hearing on April 20, 2009, in the above-referenced Court, the Honorable Gary A. Feess, United States District Judge, presiding. Appearances were stated on the record.

After full consideration of the evidence, and the authorities submitted by counsel, and for good cause shown:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that plaintiffs, the Trustees of the Operating Engineers Pension Trust, Trustees of the

- 2 -

Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from defendant Gold Coast Crane Service I, Inc., a California corporation, the total amount of **$32,489.03**, consisting of the principal amount of $26,404.57 (including unpaid fringe benefit contributions of $19,241.51; plus liquidated damages of $5,978.17; plus prejudgment interest of $1,184.89), and attorney's fees of ***$5,460.00*** and costs of $624.43, and post-judgment interest as provided by law from the date of entry of the judgment herein.

Dated: May 22, 2009

_____
UNITED STATES DISTRICT JUDGE